UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DON SHOUP,<br><br>  Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS,<br><br>  Defendant. | Case No. 3:13-cv-00598-MMD-VPC<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Valerie P. Cooke, United States Magistrate Judge, entered November 26, 2013. (Dkt. no. 4.) No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Cooke's R&R should be accepted and adopted in full.

It is therefore ordered that Plaintiffs' Complaint is dismissed with prejudice as frivolous.

DATED THIS 16th day of April 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE